Appellate Division, Second Department. June 9, 1911.) In the matter of the application of the City of New York, relative to acquiring title, etc., to lands for a plaza at the Manhattan Bridge terminal in the borough of Brooklyn, city of New York, etc.; Meier Steinbrink, petitioner. No opinion. Motion to conform report granted. Settle order before the Presiding Justice, upon notice to the corporation counsel. See, also, 128 N. Y. Supp. 1134.

MANNION, Appellant, v. VAIL, Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Michael Mannion against Edward G. Vail, Jr. No opinion. Order of the Municipal Court affirmed, with costs.

MANUFACTURERS' COMMERCIAL CO. v. HECKSCHER. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by the Manufacturers' Commercial Company against August Heckscher. No opinion. Motion granted, order resettled. Order filed. See, also, 129 N. Y. Supp. 556.

MARKOWITZ, Respondent, v. RATNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Joseph Markowitz against Louis Ratner and another. No opinion. Motion to dismiss appeal denied, without costs.

MARONE v. LATHROP, SHEA & HENWOOD CO. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Bernardino Marone against the Lathrop, Shea & Henwood Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

MARSELLUS, PITT & CO. v. SIMPSON. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Marsellus, Pitt & Co. against Thomas Simpson. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 587.

In re MARTIN. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) In the matter of Joseph Martin, an attorney. Matter referred to William F. Wyckoff, Esq., to take testimony and report thereon, with his opinion. No opinion. Edward A. Freshman, Esq., is assigned to conduct such proceedings.

MASON, Respondent, v. JAYNE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Herbert C. Mason against Andrew F. Jayne and another.
PER CURIAM. Interlocutory judgment affirmed, with costs.
THOMAS, J., dissents.

MAXON, Respondent, v. BURNSTEIN, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Fay I. Maxon against A. Burnstein. No opinion. Order affirmed, with costs.

MAXON, Respondent, v. BURNSTEIN, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Fay I. Maxon against A. Burnstein. No opinion. Order appealed from modified, by striking therefrom the allowance of costs, and, as so modified, affirmed, without costs.

MEADE, Respondent, v. PRESTON, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Thomas J. Meade against Agnes Rice Preston.
PER CURIAM. Judgment and order affirmed, with costs, on the ground that questions of fact were presented for the jury to determine, and that the objection that the plaintiff was not a licensed plumber was not presented on the trial, and hence was waived.

MENZER, Appellant, v. HERBST, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by William Menzer against Louis Herbst. No opinion. Judgment of the Municipal Court affirmed, with costs.

MERCANTILE NAT. BANK, Respondent, v. HEINZE, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by the Mercantile National Bank against Fritz A. Heinze. C. J. Heermance, for appellant. H. H. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 128 N. Y. Supp. 1135.

In re MICHAELSON. (Supreme Court, Appellate Division, First Department. April 28, 1911.) In the matter of Alexander Michaelson, an attorney. No opinion. Application denied. Settle order on notice.

MICHEL, Respondent, v. CALLAHAN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Minnie C. Michel, as executrix, etc., against Camilla Callahan, interpleaded, etc. No opinion. Judgment affirmed, with costs.

MIDWOOD PARK CO. v. BAKER et al. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by the Midwood Park Company against Bertha G. McLaughlin Baker and others. No opinion. Judgment (128 N. Y. Supp. 954) affirmed, with costs.

MILLMAN, Respondent, v. ADLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Bella G. Millman against Jacob P. Adler, impleaded with others. J. A. Seidman, for appellant. A. H. Sarasohn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MILNE, Respondent, v. GLIDDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action

by Paul D. Milne, as administrator, etc., against Margaret C. Glidden. No opinion. Judgment and order affirmed, with costs.

MONACO v. LANGE. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Giuseppe Monaco against John F. Lange. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

MONNOT et al., Respondents, v. MURPHY, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Louise E. Monnot and others against Josephine F. B. Murphy, impleaded with others. M. B. Clarke, for appellant. L. C. Ferguson, for respondents.

PER CURIAM. Judgment affirmed, with costs, on authority of Monnot v. Rudd, 139 App. Div. 651, 124 N. Y. Supp. 210. Order filed.

INGRAHAM, P. J., dissents upon dissenting opinion in Monnot v. Rudd, 139 App. Div. 656, 124 N. Y. Supp. 213.

MOORE, Respondent, v. HEATH, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by George L. Moore against Joseph R. Heath. No opinion. Judgment of the Municipal Court affirmed, with costs.

MOORE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Mabel Moore, as administratrix, etc., of John M. Moore, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MORRISDALE COAL CO., Respondent, v. CZARNIKOW, MacDOUGALL & CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by the Morrisdale Coal Company against Czarnikow, MacDougall & Co., Limited. W. P. Maloney, for appellant. E. A. Cardozo, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MORRISON v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, Fourth Department. May 31, 1911.) Action by Mary Morrison, as administratrix, etc., against the Pennsylvania Railroad Company.

PER CURIAM. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. *Held*, that the questions of defendant's negligence and of intestate's contributory negligence were questions of fact for the jury.

McLENNAN, P. J., and ROBSON, J., dissent.

In re MORSE. (Supreme Court, Appellate Division, Second Department. June 9, 1911.)

In the matter of the application of Ada M. Morse to alter a highway in the towns of Monroe and Chester, and the assessment of damages therefor. No opinion. Order (69 Misc. Rep. 29, 125 N. Y. Supp. 739) affirmed, with $10 costs and disbursements.

MOWERS, Respondent, v. TOWN OF STRATFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Gertrude Mowers against the Town of Stratford. No opinion. Judgment and order affirmed, with costs.

MOZRIMOS v. ARBUCKLE et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Valerian Mozrimos against John Arbuckle and others. No opinion. Application denied, with $10 costs. Order signed.

MULLER, Respondent, v. ARISTOCRATIC PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Action by Adrian H. Muller against the Aristocratic Publishing Company. E. Van Dernoot, for appellant. S. N. Carr, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 139 App. Div. 904, 123 N. Y. Supp. 1130.

MYERS, Respondent, v. GRAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Florence M. Myers against James A. Gray and others. No opinion. Motion denied, with $10 costs. See, also, 122 N. Y. Supp. 1079.

NADLER, Appellant, v. BAKER, Police Com'r, et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Sarah Nadler against William F. Baker, as Police Commissioner, etc., and another. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Smith & Sons Carpet Co. v. Ball, 137 App. Div. 100, 122 N. Y. Supp. 187, and Heim v. New York Stock Exchange, 138 App. Div. 96, 122 N. Y. Supp. 872.

NATIONAL COMMERCIAL BANK OF ALBANY, Respondent, v. BRONK, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by the National Commercial Bank of Albany, N. Y., against Henry Bronk.

PER CURIAM. Judgment unanimously affirmed with costs.

BETTS, J., not sitting.

NEIMAN et al. v. GARDNER. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Samuel Neiman and others against Barney Gardner. No opinion. Motion granted, on condition that appellant pay $10 costs and comply with terms stated in order. Order filed.

NELSON et al., Appellants, v. TERWILLIGER, Respondent. (Supreme Court, Appellate Division, Second Department. May 19,